# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HEALTH PLUS CHIROPRACTIC, INC.,**

      **Plaintiff,**

-vs-                                                               Case No. 6:11-cv-560-Orl-31DAB

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Motion to Dismiss Plaintiff's Complaint to Quash Summons (Doc. No. 3), filed March 1, 2011.

On April 18, 2011, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Dismiss is **GRANTED** and the Complaint in this case is **DISMISSED** for lack of jurisdiction. The Motion to Extend Time to Effectuate Service (Doc. No. 5), filed March 22, 2011, is **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 10th day of May, 2011.

                                                        GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party